IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FREDRICK FITZGERALD SCOTT, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv133 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Fredrick Fitzgerald Scott, Sr., proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a conviction in Houston County, Texas.

Discussion

Petitioner filed this petition for writ of habeas corpus in the federal judicial district where he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner was convicted in this district, this court has jurisdiction over the petition.

However, while Houston County is located within the Eastern District of Texas, it is in the Lufkin Division, rather than the Beaumont Division. As a result, this case should be transferred to the Lufkin Division of this court.

ORDER

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Lufkin Division of this court.

SIGNED this 10th day of April, 2024.

Zack Hawthorn
United States Magistrate Judge